IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AKYM LAMAAR AVERY, PLAINTIFF
#108336

v. 4:22CV01000-KGB-JTK

MARK GOBER, et al. DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objections; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

I. **Introduction**

Akym Lamaar Avery ("Plaintiff") was in custody at the Drew County Detention Center at the time he filed this lawsuit. (Doc. No. 1 at 3). Plaintiff filed this action alleging violations of his federally protected rights along with a motion to proceed in forma pauperis, which was granted. (Doc. Nos. 1, 3, 7).

Mail sent by the Court to Plaintiff at his address of record was returned as undeliverable. (Doc. Nos. 9, 10). On November 2, 2022, the Court directed Plaintiff update his address with the Court within 30 days. (Doc. No. 11). The Court advised Plaintiff that his case may be dismissed

without prejudice if he failed to do so. (Id.). To date, Plaintiff has not updated his address or otherwise responded to the Court's November 2, 2022 Order.

Further, on November 21, 2022, the Court found that Plaintiff's allegations failed to state a claim on which relief may be granted, and directed Plaintiff to file an amended complaint to cure the defects in his pleading, if he wished to do so. To date, Plaintiff has not filed an amended pleading, and the time for doing so has passed.

The Court notes that mail sent from the Court to Plaintiff at his address of record continues to be returned to as undeliverable. (Doc. Nos. 14-16).

Rule 5.5(c)(2) of the Local Rules for the United States District Court for the Eastern and Western Districts of Arkansas provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself must sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* must be expected to be familiar with and follow the Federal Rules of Civil Procedure.

LOCAL RULE 5.5(c)(2).

In the November 2, 2022 and November 21, 2022 Orders, the Court informed Plaintiff of his responsibility to comply with Local Rule 5.5(c)(2). (Doc. No. 11; Doc. No. 13 at 2). Nonetheless, Plaintiff has not responded to either Order. Because Plaintiff has not responded to the Court's Orders, his case should be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 41(b).

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint be DISMISSED without prejudice for failure to prosecute.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis

appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith..

Dated this 3rd day of January, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE