**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **AKYM LAMAAR AVERY,** **#108336** | **PLAINTIFF** |
| v. | Case No. 4:22-cv-01000-KGB-JTK |
| **MARK GOBER,** *et al.* | **DEFENDANTS** |

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 17). Plaintiff Akym Lamaar Avery has not filed objections, and the time to do so has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). Mr. Avery's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 6). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 18th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge